PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Donald Carmen                                         Cr.: 09-00050-001
                                                                        PACTS Number: 41676

Name of Sentencing Judicial Officer: The Honorable Robert W. Pratt, Chief U.S. District Judge, SD/IA; The Honorable Joseph A. Greenaway, U.S. District Judge, District of New Jersey accepted jurisdiction of this case in January 2009.

Date of Original Sentence: November 2, 2007

Original Offense: Failure to Pay Legal Child Support Obligations, 3 Counts

Original Sentence: Five (5) years probation on all counts

Type of Supervision: Probation                                Date Supervision Commenced: 11/2/07

## PETITIONING THE COURT

[ ] To extend the term of supervision for          Years, for a total term of          Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

The offender admitted to using marijuana on December 31, 2008. He previously tested positive for cocaine and the sentencing district was notified. Once the drug condition is in place, the offender will be enrolled in our Code-A-Phone program (random urine monitoring) and he will be referred for a drug evaluation and treatment (as deemed necessary). The offender could also benefit from a mental health evaluation, as the undersigned has observed the offender making poor choices without understanding their potential consequences.

Respectfully submitted,

By: Edward J. Irwin
    U.S. Probation Officer
Date: 02/13/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

2-20-09
Date