PROB 12A
(7/93)

# United States District Court

for

# District of New Jersey

# Report on Offender Under Supervision

Name of Offender: Donald Anthony Carmen      Cr.: 09-00050-001
                                                                                    PACTS #: 41676

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway

Date of Original Sentence: 11/02/07

Original Offense: Failure to Pay Legal Child Support Obligations

Original Sentence: Five years Probation

Type of Supervision: Probation                                   Date Supervision Commenced: 11/02/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On May 6, 2009, a home visit was conducted to the offender's residence at which time he tested positive for cocaine. The offender signed an admission form admitting to usage. |

U.S. Probation Officer Action:

The offender continues in the Code-A-Phone random urine monitoring program, and in response to his recent drug usage, he will be referred for outpatient counseling at the Behavioral Interventions Program.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date: 05/13/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5-20-09
Date