UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Number: 09-50-01 (JAG) |
| v. | ORDER |
| DONALD CARMEN, | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on the day 3RD of SEPTEMBER, 2009

ORDERED that Donald McCauley, Esq., from the Office of the Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR. U.S.D.J.