UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| DONALD CARMEN : | Crim. No. 09-050 (JAG) |

This matter having been opened to the Court upon the application of the United States of America, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Donald Carmen ("Defendant") (Donald J. McCauley, Assistant Federal Public Defender, appearing); and the Court having heard arguments of counsel on the record; and for good cause shown,

IT IS on this 15th day of September 2009

**ORDERED** that, the hearing on Defendant's violation of supervised release is hereby **ADJOURNED** until December 7, 2009, or further order of the Court; and it is further,

**ORDERED** that, Defendant shall continue to comply with all requirements and conditions of his current supervised release.

_____
HONORABLE JOSEPH A. GREENAWAY, Jr.
United States District Judge