AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.     Case Number   2:09cr50-01

DONALD ANTHONY CARMEN

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, DONALD ANTHONY CARMEN, was represented by Donald McCauley.

Violation numbers 1,3,4,5 & 6 of the 7-31-09 and 11-30-09 petition are hereby dismissed.

The defendant admitted guilt to violation number(s) 2 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 2 | 'Drug Treatment or Urinalysis' |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 11/2/07 remain in full force and effect, if not already paid.

Signed this the 26th Day of April, 2010.

JOSEPH A. GREENAWAY, JR.
United States Circuit Judge*

*sitting by designation

AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

Judgment – Page 2 of 2

Defendant: **DONALD ANTHONY CARMEN**
Case Number: 2:09cr50-01

## PROBATION

It is ordered and adjudged that the term of probation is modified, the term of probation shall expire on April 1, 2012. All conditions previously imposed by the court shall remain in full force and effect.